UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS SIMMONS | CIVIL ACTION |
| VERSUS | NO. 24-CV-2279 |
| TONY B. DOOLEY | SECTION: "J"(1) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 5) and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** for lack of subject-matter jurisdiction under 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 8th day of January, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE